

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DARYL BUFFIN

VERSUS

WARDEN, WINN CORRECTIONAL CENTER

CIVIL NO. 1:04CV1311
JUDGE LITTLE
MAG. JUDGE KIRK

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Alexandria, Louisiana, this 30 day of June, 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE